Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



FILED
JUN 15 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:         CLERK, U.S. BANKRUPTCY COURT

Re:         UNDISTRIBUTED FUNDS

Debtor:     Daron McConnell
            41720 25th St West
            Palmdale, CA 93551

Case No.:   SV10-12353-GM

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| DARON McCONNELL<br>41720 25TH STREET WEST<br>PALMDALE, CA 93551 | $ 400.00 |

Dated:   June 13, 2011

_Elizabeth J Rojas_
Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

CLK US BANKRUPTCY CT

Check No.: 0831752
Check Date: 06/08/2011
Check Amt: 400.00

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1012353 | Claim #: 00000 | Daron McConnell | | 0.00 | 0.00 | 400.00 | 400.00 |
| | | TOTALS | | 0.00 | 0.00 | 400.00 | 400.00 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Jun 08, 2011
CHECK NO.: 0831752

McConnell, Daron

Case No: 1012353

PAY ONLY **400.00**
FOUR ZERO ZERO PERIOD ZERO ZERO

CHECK AMOUNT
$*********400.00

VOID AFTER 60 DAYS

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $400.00

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑆0831752⑆ ⑈122044300⑈ 001⑇111690⑈